**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

   v.

HIRAM RAMOS,

    Petitioner

: No. 611 MAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

   v.

HIRAM RAMOS,

    Petitioner

: No. 612 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 31st day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.